U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| CHESTER GIBAS<br>v.<br>ACCU-CUT DIAMOND TOOL COMPANY, INC.,<br>ACCU-CUT DIAMOND BORE SIZING SYSTEM,<br>INC. and STANLEY DOMANSKI, Individually | FILED: MAY 16, 2008<br>08CV2851  RCC<br>JUDGE HIBBLER<br>MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CHESTER GIBAS

| NAME (Type or print) |
|---|
| Joshua D. Holleb |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Joshua D. Holleb |

| FIRM |
|---|
| KLEIN DUB & HOLLEB, LTD. |

| STREET ADDRESS |
|---|
| 660 LaSalle Place, Suite 100 |

| CITY/STATE/ZIP |
|---|
| Highland Park, IL  60089 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6185409 | 847-681-9100 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐