U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08CV2851   RCC |
|---|---|
| CHESTER GIBAS | FILED: MAY 16, 2008 |
| v. | JUDGE HIBBLER |
| ACCU-CUT DIAMOND TOOL COMPANY, INC., ACCU-CUT DIAMOND BORE SIZING SYSTEM, INC. and STANLEY DOMANSKI, Individually | MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CHESTER GIBAS

| |
|---|
| NAME (Type or print)<br>Michael A. Paull |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Michael A. Paull |
| FIRM<br>KLEIN DUB & HOLLEB, LTD. |
| STREET ADDRESS<br>660 LaSalle Place, Suite 100 |
| CITY/STATE/ZIP<br>Highland Park, IL  60089 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6194021 | TELEPHONE NUMBER<br>847-681-9100 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐