U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>CHESTER GIBAS<br>v.<br>ACCU-CUT DIAMOND TOOL COMPANY, INC.,<br>ACCU-CUT DIAMOND BORE SIZING SYSTEM,<br>INC. and STANLEY DOMANSKI, Individually | Case Number: 08CV2851   RCC<br>FILED: MAY 16, 2008<br>JUDGE HIBBLER<br>MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CHESTER GIBAS

| |
|---|
| NAME (Type or print)<br>Davi L. Hirsch |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Davi L. Hirsch |
| FIRM<br>KLEIN DUB & HOLLEB, LTD. |
| STREET ADDRESS<br>660 LaSalle Place, Suite 100 |
| CITY/STATE/ZIP<br>Highland Park, IL  60089 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6182757 | 847-681-9100 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐