U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| CHESTER GIBAS, PLAINTIFF | 08-2851 |
| v. | Judge Hibbler |
| ACCU-CUT DIAMOND TOOL COMPANY, INC., | Magistrate Judge Mason |
| ACCU-CUT DIAMOND BORE SIZING SYSTEM, INC. and | |
| STANLEY DOMANSKI, individually, DEFENDANTS | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Defendants ACCU-CUT DIAMOND TOOL COMPANY, INC., ACCU-CUT DIAMOND BORE SIZING SYSTEM, INC. and STANLEY DOMANSKI, individually

| |
|---|
| NAME (Type or print) |
| Howard L. Mocerf |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Howard L. Mocerf |
| FIRM |
| Duane Morris LLP |
| STREET ADDRESS |
| 190 South LaSalle Street |
| CITY/STATE/ZIP |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 01935798 | (312) 499-6700 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

American LegalNet, Inc.
www.USCourtForms.com

## CERTIFICATE OF SERVICE

I, Howard L. Mocerf, an attorney, certify that on June 5, 2008 I served the foregoing Appearance on Behalf of Defendants and this Certificate of Service on the following by causing a true and correct copy thereof to be electronically filed using the CM/ECF system which will send electronic notification of this filing to the following ECF attorneys of record at their e-mail addresses filed with the Court:

> Joshua D. Holleb, Esq.
> Michael A. Paull, Esq.
> Davi L. Hirsch, Esq.
> Klein, Dub & Holleb, Ltd.
> 660 LaSalle Place, Suite 100
> Highland Park, Illinois 60035

Dated: June 5, 2008                               /s/Howard Mocerf