# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>CHESTER GIBAS, PLAINTIFF<br>v.<br>ACCU-CUT DIAMOND TOOL COMPANY, INC.,<br>ACCU-CUT DIAMOND BORE SIZING SYSTEM, INC. and<br>STANLEY DOMANSKI, individually, DEFENDANTS | Case Number:<br>08-2851<br>Judge Hibbler<br>Magistrate Judge Mason |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Defendants ACCU-CUT DIAMOND TOOL COMPANY, INC., ACCU-CUT DIAMOND BORE SIZING SYSTEM, INC. and STANLEY DOMANSKI, individually.

| |
|---|
| NAME (Type or print)<br>Frederick R. Ball |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>     s/ Frederick R. Ball |
| FIRM<br>Duane Morris LLP |
| STREET ADDRESS<br>190 South LaSalle Street |
| CITY/STATE/ZIP<br>Chicago, IL 60603 |

| | |
|---|---|
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06236660 | TELEPHONE NUMBER<br>(312) 499-6700 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

American LegalNet, Inc.
www.USCourtForms.com

## CERTIFICATE OF SERVICE

I, Frederick R. Ball, an attorney, certify that on June 5, 2008 I served the foregoing Appearance on Behalf of Defendants and this Certificate of Service on the following by causing a true and correct copy thereof to be electronically filed using the CM/ECF system which will send electronic notification of this filing to the following ECF attorneys of record at their e-mail addresses filed with the Court:

>Joshua D. Holleb, Esq.
>Michael A. Paull, Esq.
>Davi L. Hirsch, Esq.
>Klein, Dub & Holleb, Ltd.
>660 LaSalle Place, Suite 100
>Highland Park, Illinois 60035

Dated: June 5, 2008                                  /s/Frederick R. Ball

DM2\1470677.1