UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Chester Gibas
                                    Plaintiff,
v.                                  Case No.: 1:08−cv−02851
                                    Honorable William J. Hibbler
Accu−Cut Diamond Tool Company, Inc., et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 4, 2008:

   MINUTE entry before the Honorable William J. Hibbler: Status hearing held on 9/4/2008 and continued to 11/5/2009 at 09:30 AM. The Court adopts the parties joint Rule 26(f) report and scheduling order. Parties to comply with FRCP 26(a)(1) by 9/25/08. Parties given to and including 1/2/09 to amend all pleadings and to add any additional parties. Fact discovery ordered closed by 4/15/2009. Dispositive motions with supporting memoranda due by 5/15/2009. Parties directed to meet and exhaust settlement possibilities prior to the next court date. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.